**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone:(619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICES OF DANIEL G. SHAY**
DANIEL SHAY (SBN 250548)
409 Camino Del Rio South, Suite 101B
San Diego, California 92108
*DanielShay@TCPAFDCPA.com*
Telephone: (619) 222-7429
Facsimile: (866) 431-3292

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOI NGUYEN, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL MANAGEMENT SERVICES, L.P.<br><br>Defendant. | CASE NO.: 16-cv-2366-DMS (WVG)<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF SETTLEMENT**<br><br>Honorable Dana M. Sabraw<br>Honorable Magistrate William V. Gallo |

1 | Plaintiff Khoi Nguyen ("Plaintiff") and Defendant Capital Management Services, L.P. ("Defendant") (collectively, "Parties"), through their respective counsel of record, respectfully notify this Honorable Court that this case has settled. The Parties request that this Honorable Court vacate all pending dates and allow sixty (60) days with which to file dispositive documentation. A Joint Motion to Dismiss the individual action of Plaintiff Khoi Nguyen with prejudice and to dismiss without prejudice the class action claims asserted in this lawsuit will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated:   March 1, 2017      By:   /s/ Alexis M. Wood
**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON
ALEXIS M. WOOD
KAS GALLUCCI
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiff*

Dated:   March 1, 2017      By:   /s/ Debbie P. Kirkaptrick
Debbie P. Kirkpatrick
**SESSIONS, FISHMAN, NATHAN & ISRAEL LLP**
DEBBIE P. KIRKPATRICK
*dkirkpatrick@sessions.legal*
1545 Hotel Circle South, Suite 150
San Diego, California 92108
Telephone: (619) 758-1891
Facsimile:  (619) 296-2013

*Attorneys for Defendant*

**CERTIFICATION OF APPROVAL OF CONTENT**

I, Alexis M. Wood, counsel for Plaintiff, in the above-entitled matter, hereby certify that the required parties have approved and accepted the content of the Notice of Settlement, and that I have obtained authorization from Debbie Kirkpatrick, counsel for Defendant, for her electronic signature on the Notice.

Dated:       March 1, 2017            **LAW OFFICES OF RONALD A. MARRON**
                                      By:   /s/ Alexis M. Wood
                                      ALEXIS M. WOOD
                                      *Attorney for Plaintiff and the Proposed Class*