# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOI NGUYEN, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL MANAGEMENT SERVICES, L.P.<br><br>Defendant. | CASE NO.: 16-cv-2366-DMS (WVG)<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF PLAINTIFF'S CASE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)**<br><br>Honorable Dana M. Sabraw<br>Honorable William V. Gallo |

## ORDER

Having read and considered the Joint Motion for Dismissal filed by Plaintiff Khoi Nguyen and Defendant Capital Management Services, L.P., and good cause appearing, the Court grants the Parties' Joint Motion for Dismissal. This action shall be, and is dismissed WITH PREJUDICE as to all individual claims asserted by Plaintiff against Defendant, and WITHOUT PREJUDICE as to the class action claims asserted in the lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party to bear their own costs and fees.

IT IS SO ORDERED.

Dated: April 10, 2017

Hon. Dana M. Sabraw
United States District Judge